UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANGEL OSCAR PEDRON-TORO,

Petitioner,

v. Case No. 3:26-cv-1066-MMH-PDB

WARDEN, BAKER CORRECTIONAL INSTITUTION and U.S. ATTORNEY GENERAL,

Respondents.

---

**ORDER**

Petitioner Angel Oscar Pedron-Toro, an immigration detainee, initiated this action by filing a pro se Petition for Writ of Habeas Corpus (Doc. 1) on April 30, 2026. According to Pedron-Toro, he entered the United States in 2024. Id. at 3. The Department of Homeland Security issued him a notice to appear and released him on his own recognizance. Id. United States Immigration and Customs Enforcement subsequently re-detained him. Id. Pedron-Toro argues that his re-detention violates due process. Id.

A federal court may grant habeas relief where a petitioner shows that he is "in custody in violation of the Constitution or laws or treaties of the United States[.]" 28 U.S.C. § 2241(c)(3). Here, Pedron-Toro has not alleged sufficient facts to establish his entitlement to relief. His references to due process are

vague and conclusory in nature, and his factual allegations are conclusory and devoid of sufficient information that would allow the Court to draw reasonable inferences that Respondents violated his constitutional rights.

While the Court can speculate as to the claims Pedron-Toro intends to raise, he carries the burden of clearly identifying his claims and the relief he seeks. Because he fails to carry that burden, the Petition is dismissed without prejudice to Pedron-Toro's right to refile a § 2241 petition that clearly sets forth allegations about how his detention allegedly violates the Constitution.

Accordingly, it is **ORDERED**:

1. Pedron-Toro's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED without prejudice**.

2. Pedron-Toro's Motion to Expedite (Doc. 2), Pedron-Toro's Motion for Immediate Release (Doc. 3), and Respondent Warden's Motion to Dismiss (Doc. 5) are **DENIED as moot**.

3. The **Clerk** is directed to terminate any motions, enter judgment dismissing the Petition, and close the file.

4. The **Clerk** shall send Pedron-Toro a habeas corpus petition under 28 U.S.C. § 2241 and an application to proceed in forma pauperis (prisoner filings).

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of September, 2026.

MARCIA MORALES HOWARD
United States District Judge

Jax-9 9/24
c:
Angel Oscar Pedron-Toro, #A245939914